JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SHAMONA PARKER BOKELMAN<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br>QUALITY LOAN SERVICE<br>CORPORATION<br><br>Defendants. | Case No. EDCV 19-00173 AG (SHKx)<br><br>**JUDGMENT** |

The Court enters Judgment against Plaintiff and in favor of Defendants.

Dated August 12, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT